ACCEPTED
05-15-01372-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/20/2015 11:48:47 AM
LISA MATZ
CLERK

# BURFORD & RYBURN, L.L.P.

Attorneys and Counselors at Law

DALLAS · FORT WORTH

CHRISTINA GRATKE NASON

WRITER'S DIRECT DIAL:
(214) 740-3158

WRITER'S FACSIMILE:
(214) 740-2860

WRITER'S EMAIL ADDRESS:
cnason@brlaw.com

WEB SITE:
www.brlaw.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

11/20/2015 11:48:47 AM

LISA MATZ
Clerk

November 20, 2015

VIA E-FILE

Ms. Lisa Matz, Clerk of Court
Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:   Case No. 05-15-01372-CV; Fifth District Court of Appeals at Dallas, Texas;
*Christopher Patterson and Stevens Transport, Inc. v. Glendy W. Tolbert, Jr.*

Dear Ms. Matz:

Please be advised that the parties to this appeal have reached an agreement, which will resolve the appeal as to all parties to the appeal. Because the parties are in the process of finalizing a written agreement, Appellants respectfully request that this Court of Appeals take no further action on this appeal. After the written agreement has been finalized, Appellants Christopher Patterson and Stevens Transport, Inc. and Appellee Glendy W. Tolbert, Jr. will move for voluntary agreed dismissal of this appeal pursuant to Rules 42.1(a)(2) and 43.2(e) of the Texas Rules of Appellate Procedure.

Should you have any questions or need anything further, please do not hesitate to contact me.

Sincerely,

BURFORD & RYBURN, L.L.P.

Christina Gratke Nason

CGN/ss

cc:   Mr. Lucas S. Lafitte                                        VIA E-FILE
      Ms. Jennifer Rehfeld
      LAFITTE, ABBOTT, WINGO, REHFELD & HALLOWAY, PLLC

500 N. AKARD STREET • SUITE 3100 • DALLAS, TEXAS 75201-6697 • (214) 740-3100

1277555.1 876-0000                          Est. 1907